# Exhibit A



August 15, 2024

| Property Tax Increase 2024 | |
|---|---|
| Your Address: | |
| Folio number: | |
| 2023 Assessment: | $450,368 |
| 2024 Assessment: | $508,751 |
| Assessment Increase: | $58,383 |

MIAMI, FL 33161

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property at increased from $450,368 to $508,751. At Property Tax Savers of Miami, we specialize in helping property owners like you reduce their property tax burden through our local property tax appeal service. Last year, we achieved an industry-leading success rate of 70% for properties valued at over $500,000 across single-family, condominium, and multi-family asset classes. Let us help reduce your property tax assessment and lower your tax bill.

Why use us?

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 25% of the achieved savings.

Process:

1. **Sign-up:** Visit taxsaversmiami.com/enroll to sign up online in minutes or fill out and return the service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly from the county. You only pay us 25% of the savings if we achieve a reduction on your taxes.

[Interest]ed in saving on your taxes? Fill out the attached service agreement or visit taxsaversmiami.com/enroll [compl]ete it online. Be sure to do so before the September 15 deadline.

[L]ooking forward to working together,

J. Puyanic
Property Tax Savers of Miami



August 15, 2024

**Property Tax Increase 2024**
Your Address.
Folio number.
2023 Assessment:          $2,100,120
2024 Assessment.          $3,132,420
Assessment Increase:      $1,032,300

Golden Beach, Florida USA 33160

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property with folio number/address              increased from $2,100,120 to $3,132,420. At Property Tax Savers of Miami, we specialize in helping property owners like you reduce their property tax burden through our local property tax appeal service. Last year, we achieved an industry-leading **success rate of 70%** with vacant land, and we believe there's a great opportunity to achieve similar success with your property. Let us help reduce your property tax assessment and lower your tax bill.

**Why use us?**

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 30% of the achieved savings.

**Our Process:**

1. **Sign-up:** Visit taxsaversmiami.com/registration to sign up online in minutes or fill out and return the service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly from the county. You only pay us 30% of savings if we achieve a reduction on your taxes.

Interested in saving on your taxes? Fill out the attached service agreement or visit taxsaversmiami.com/registration to complete it online. Be sure to do so before the September 15 deadline.

Looking forward to working together,

Lawrence J. Puyanic
President, Property Tax Savers of Miami



Scan to sign-up

717 Ponce de Leon Boulevard, Suite 330 Coral Gables, Florida 33134
305.740.0118 | www.taxsaversmiami.com



PROPERTY TAXSAVERS OF MIAMI

August 15, 2024

| Property Tax Increase 2024 | |
|---|---|
| Your Address: | |
| Folio number: | |
| 2023 Assessment: | $3.312.000 |
| 2024 Assessment: | $4.212.000 |
| Assessment Increase: | $900,000 |

GOLDEN BEACH, FL 33160

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property at increased from $3,312,000 to $4,212,000. At Property Tax Savers of Miami, we specialize in helping property owners like you reduce their property tax burden through our local property tax appeal service. Last year, we achieved an industry-leading **success rate of 85%** for properties valued at over $1 million across retail, multi-family, and industrial asset classes. Let us help reduce your property tax assessment and lower your tax bill.

Why use us?

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 30% of the achieved savings.

Our Process:

1. **Sign-up:** Visit taxsaversmiami.com/registration to sign up online in minutes or fill out and return the service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly from the county. You only pay us 30% of savings if we achieve a reduction on your taxes.

Interested in saving on your taxes? Fill out the attached service agreement or visit taxsaversmiami.com/registration to complete it online. Be sure to do so before the September 15 deadline.

Looking forward to working together,

Lawrence J. Puyanic
President, Property Tax Savers of Miami

*Scan to sign-up*

717 Ponce de Leon Boulevard, Suite 330 Coral Gables, Florida 33134
305.740.0118 | www.taxsaversmiami.com

# Exhibit B







IN MIAMI-DADE ALONE, HUNDREDS OF THOUSANDS OF PROPERTIES ARE INCORRECTLY ASSESSED AND THEREFORE, OVERTAXED

# THIS IS WHERE WE STEP IN.

Wherever your property is located we have experience with appealing similar properties in your area.
With 5,000 - 8,000 petitions a year, we cover all of Miami-Dade and Broward County.



MARKET VALUE REPRESENTATION

- OTHER $108,470,585
- HOTELS $180,356,455
- INDUSTRIAL $661,384,387
- OFFICE BUILDINGS $442,180,077
- RETAIL $1,127,563,536
- MULTI-FAMILY $840,419,842
- SINGLE-FAMILY HOMES & CONDOS $1,619,024,298
- VACANT LAND $244,877,743

- VACANT LAND — 453 properties
- SINGLE-FAMILY HOMES & CONDOS — 2870 properties
- MULTI-FAMILY — 876 properties
- RETAIL — 623 properties
- OFFICE BUILDINGS — 339 properties
- INDUSTRIAL — 519 properties
- HOTELS — 29 properties
- OTHER — 138 properties

## PROPERTY TAX SAVERS OF MIAMI FREES INDIVIDUALS AND COMPANIES FROM THE STRAIN OF BEING OVERTAXED

We believe that every property owner should be able to get the best representation possible, to reduce the inequity of the County's total control on the value set for your property. The County benefits from high valuation, and as such, simply does not act in the best interest of the property owner. The County is like a silent partner in your property - the only difference is when your roof is leaking or the plumbing is broken, they do not show up to help fix the problem. This is why we work tirelessly to fight for an improved valuation of your property.



Founded in 1989 and based in Coral Gables, Florida, Tax Savers of Miami is a trusted service with a long track-record of saving property owners money. Property tax appeal is the only thing our company does and we have been doing it successfully for the past 30 years, with an incredible record of client retention.

Our passion for reinventing and mastering the appeal process provides us with strategic advantages that are unmatched. Our extensive knowledge and experience with properties in Miami-Dade and Broward Counties enables us to create an educated, personalized approach for each of our clients. This is not only our area of expertise, but what our foundation was built upon – creating value through expertise and offering relief to our clients, and doing so with a no risk approach. What this means is – if we do not save you money, we do not get paid. This ensures that all property owners, regardless of the size or type of property, have a chance of a fair valuation.

## MEET THE TEAM



**Larry Puyanic**
President & Property Tax Expert

**Maria Cruell**
Chief Operating Officer

**Tycho Biersteker**
Associate

**Natalie Beaton**
Office Manager

**Elsa Morales**
Coordinator

**Oniria Correa**
Coordinator