# Exhibit A



**PROPERTY TAX SAVERS OF MIAMI**

August 15, 2024

| Property Tax Increase 2024 | |
|---|---|
| Your Address: | |
| Folio number: | |
| 2023 Assessment: | $450,368 |
| 2024 Assessment: | $508,751 |
| Assessment Increase: | $58,383 |

MIAMI, FL 33161

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property at increased from $450,368 to $508,751. At Property Tax Savers of Miami, we specialize in helping property owners like you reduce their property tax burden through our local property tax appeal service. Last year, we achieved an industry-leading success rate of 70% for properties valued at over $500,000 across single-family, condominium, and multi-family asset classes. Let us help reduce your property tax assessment and lower your tax bill.

**Why use us?**

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 25% of the achieved savings.

**Process:**

1. **Sign-up:** Visit taxsaversmiami.com/enroll to sign up online in minutes or fill out and return the service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly from the county. You only pay us 25% of the savings if we achieve a reduction on your taxes.

...d in saving on your taxes? Fill out the attached service agreement or visit taxsaversmiami.com/enroll ...ete it online. Be sure to do so before the September 15 deadline.

...orward to working together,

J. Puyanic
Property Tax Savers of Miami

M





August 15, 2024

**Property Tax Increase 2024**

| | |
|---|---|
| Your Address: | |
| Folio number: | |
| 2023 Assessment: | $2,100,120 |
| 2024 Assessment: | $3,132,420 |
| **Assessment Increase:** | **$1,032,300** |

Golden Beach, Florida USA 33160

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property with folio number/address increased from $2,100,120 to $3,132,420. At Property Tax Savers of Miami, we specialize in helping property owners like you reduce their property tax burden through our local property tax appeal service. Last year, we achieved an industry-leading **success rate of 70%** with vacant land, and we believe there's a great opportunity to achieve similar success with your property. Let us help reduce your property tax assessment and lower your tax bill.

**Why use us?**

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 30% of the achieved savings.

**Our Process:**

1. **Sign-up:** Visit taxsaversmiami.com/registration to sign up online in minutes or fill out and return the service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly from the county. You only pay us 30% of savings if we achieve a reduction on your taxes.

Interested in saving on your taxes? Fill out the attached service agreement or visit taxsaversmiami.com/registration to complete it online. Be sure to do so before the September 15 deadline.

Looking forward to working together,

Lawrence J. Puyanic
President, Property Tax Savers of Miami

*Scan to sign-up*

717 Ponce de Leon Boulevard, Suite 330 Coral Gables, Florida 33134
305.740.0118 | www.taxsaversmiami.com



August 15, 2024

| Property Tax Increase 2024 | |
|---|---|
| Your Address: | |
| Folio number: | |
| 2023 Assessment: | $3,312,000 |
| 2024 Assessment: | $4,212,000 |
| Assessment Increase: | $900,000 |

GOLDEN BEACH, FL  33160

Dear Property Owner,

According to the Miami-Dade Property Appraiser, the market value of your property at
increased from $3,312,000 to $4,212,000. At Property Tax Savers of Miami, we specialize in helping property
owners like you reduce their property tax burden through our local property tax appeal service. Last year, we
achieved an industry-leading **success rate of 85%** for properties valued at over $1 million across retail, multi-
family, and industrial asset classes. Let us help reduce your property tax assessment and lower your tax bill.

**Why use us?**

1. **Advanced Technology:** Our advanced technology streamlines routine tasks, enabling our experts
   to dedicate more time to each tax appeal and delve into its unique details.
2. **Local Expertise:** With 35+ years of experience and over 250,000 appeals in South Florida, our
   company ranks among the top experts in the market.
3. **Competitive pricing:** We offer extremely competitive pricing at just 30% of the achieved savings.

**Our Process:**

1. **Sign-up:** Visit taxsaversmiami.com/registration to sign up online in minutes or fill out and return the
   service agreement included with this letter.
2. **We handle everything:** We represent you throughout the entire appeal process, including filing the
   appeal, preparing your case, and handling negotiations with the value adjustment board.
3. **No results-no pay:** After we win your appeal, you will receive a refund or lowered tax bill directly
   from the county. You only pay us 30% of savings if we achieve a reduction on your taxes.

Interested in saving on your taxes? Fill out the attached service agreement or visit
taxsaversmiami.com/registration to complete it online. Be sure to do so before the September 15 deadline.

Looking forward to working together,

Lawrence J. Puyanic
President, Property Tax Savers of Miami

Scan to sign-up

717 Ponce de Leon Boulevard, Suite 330 Coral Gables, Florida 33134
305.740.0118 | www.taxsaversmiami.com