# Exhibit B



# PROPERTY APPRAISER OF MIAMI-DADE COUNTY
## Detailed Report

Generated On: 01/13/2025

### PROPERTY INFORMATION

| | |
|---|---|
| Folio | 30-3121-000-0480 |
| Property Address | 3520 NW 54 ST<br>MIAMI, FL 33142-3222 |
| Owner | MDO HOLDINGS LLC |
| Mailing Address | 10947 EAST CANNON DR<br>SCOTTSDALE, AZ 85259-4863 |
| Primary Zone | 7100 INDUSTRIAL - LIGHT MFG |
| Primary Land Use | 4132 LIGHT MANUFACTURING : LIGHT MFG & FOOD PROCESSING |
| Beds / Baths /Half | 0 / 0 / 0 |
| Floors | 1 |
| Living Units | 0 |
| Actual Area | 57,840 Sq.Ft |
| Living Area | 57,840 Sq.Ft |
| Adjusted Area | 57,840 Sq.Ft |
| Lot Size | 95,700 Sq.Ft |
| Year Built | Multiple (See Building Info.) |

### ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $3,349,500 | $3,349,500 | $3,349,500 |
| Building Value | $3,650,500 | $2,485,500 | $1,378,500 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $7,000,000 | $5,835,000 | $4,728,000 |
| Assessed Value | $3,624,672 | $3,295,157 | $2,995,598 |

### BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $3,375,328 | $2,539,843 | $1,732,402 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

2024 Aerial Photography  3 mi

### TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $3,624,672 | $3,295,157 | $2,995,598 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $7,000,000 | $5,835,000 | $4,728,000 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $3,624,672 | $3,295,157 | $2,995,598 |

The Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

1/13/25, 4:35 PM                                     Miami-Dade County Clerk VAB Online



## JUAN FERNANDEZ-BARQUIN, ESQ.
### CLERK OF THE COURT AND COMPTROLLER
### OF MIAMI-DADE COUNTY

Contact Us    My Account    

# VALUE ADJUSTMENT BOARD

◀ BACK

### Folio Information

| Tax Year | Folio | Owner | Property |
|---|---|---|---|
| 2024 | 3031210000480 | MDO HOLDINGS LLC | 3520 NW 54 ST |

### Hearing Information

| Findings | Petition | Mailing Address | Date | Time | Room | Type | Status |
|---|---|---|---|---|---|---|---|
| ⓘ | 2024-36477 | LAWRENCE J. PUYANIC<br>717 PONCE DE LEON BLVD SUITE 330<br>CORAL GABLES FL 33134 | 01/21/2025 | 8:30A | B | V | OPEN |

◀ BACK



General

Value Adj Board Home

VAB Information

Login

Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us

https://www2.miamidadeclerk.gov/vab/vabsearch.aspx                                                                1/2



# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 01/02/2025

## PROPERTY INFORMATION

| | |
|---|---|
| Folio | 01-3124-002-0430 |
| Property Address | 326 NW 40 ST<br>MIAMI, FL 33127-2935 |
| Owner | CJ PARK AND ASSOCIATES LLC |
| Mailing Address | 6338 WILSHIRE BLVD<br>LOS ANGELES, CA 90048 |
| Primary Zone | 0104 SINGLE FAM - ANCILIARY UNIT |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths /Half | 3 / 2 / 1 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 2,153 Sq.Ft |
| Living Area | 2,008 Sq.Ft |
| Adjusted Area | 2,080 Sq Ft |
| Lot Size | 5,000 Sq Ft |
| Year Built | 2022 |

2024 Aerial Photography

200 ft

## ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $367,638 | $317,370 | $235,152 |
| Building Value | $823,680 | $832,000 | $0 |
| Extra Feature Value | $32,900 | $33,200 | $280 |
| Market Value | $1,224,218 | $1,182,570 | $235,432 |
| Assessed Value | $1,224,218 | $1,182,570 | $235,432 |

## BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,224,218 | $1,182,570 | $235,432 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,224,218 | $1,182,570 | $235,432 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,224,218 | $1,182,570 | $235,432 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,224,218 | $1,182,570 | $235,432 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 01/02/2025

## PROPERTY INFORMATION

| | |
|---|---|
| Folio | 01-0101-060-1050 |
| Property Address | 1040 NW 1 CT<br>MIAMI, FL 33136-3506 |
| Owner | RING EQUITY PROPERTIES LLC, C/O PAUL RIZZI |
| Mailing Address | 115 FIG DRIVE<br>DIX HILLS, NY 11746 |
| Primary Zone | 6106 RESIDENTIAL-LIBERAL RETAI |
| Primary Land Use | 1081 VACANT LAND - COMMERCIAL :<br>VACANT LAND |
| Beds / Baths /Half | 0 / 0 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | 0 Sq.Ft |
| Living Area | 0 Sq.Ft |
| Adjusted Area | 0 Sq.Ft |
| Lot Size | 5,621 Sq.Ft |
| Year Built | 0 |

2024 Aerial Photography 200 ft

## ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $786,940 | $525,564 | $281,050 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $786,940 | $525,564 | $281,050 |
| Assessed Value | $239,213 | $217,467 | $197,698 |

## BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $547,727 | $308,097 | $83,352 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $239,213 | $217,467 | $197,698 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $786,940 | $525,564 | $281,050 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $239,213 | $217,467 | $197,698 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $239,213 | $217,467 | $197,698 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 01/02/2025

## PROPERTY INFORMATION

| | |
|---|---|
| Folio | 01-3124-024-1240 |
| Property Address | 18 NE 42 ST<br>MIAMI, FL 33137-3522 |
| Owner | PIERRE MELHADO, DANIELLA DESILVA |
| Mailing Address | 128 FOX COVERT LN<br>TRYON, NC 28782 |
| Primary Zone | 0104 SINGLE FAM - ANCILIARY UNIT |
| Primary Land Use | 0802 MULTIFAMILY 2-9 UNITS : 2 LIVING UNITS |
| Beds / Baths /Half | 8 / 3 / 0 |
| Floors | 2 |
| Living Units | 2 |
| Actual Area | 3,144 Sq.Ft |
| Living Area | 2,760 Sq.Ft |
| Adjusted Area | 2,657 Sq.Ft |
| Lot Size | 5,000 Sq.Ft |
| Year Built | 1924 |

2024 Aerial Photography 200 ft

## ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $575,100 | $533,100 | $400,014 |
| Building Value | $472,481 | $436,075 | $407,348 |
| Extra Feature Value | $123 | $125 | $126 |
| Market Value | $1,047,704 | $969,300 | $807,488 |
| Assessed Value | $977,059 | $888,236 | $807,488 |

## BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $70,645 | $81,064 | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $977,059 | $888,236 | $807,488 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $1,047,704 | $969,300 | $807,488 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $977,059 | $888,236 | $807,488 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $977,059 | $888,236 | $807,488 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

 **OFFICE OF THE PROPERTY APPRAISER**

Detailed Report

Generated On: 01/02/2025

### PROPERTY INFORMATION

| | |
|---|---|
| Folio | 02-3234-213-0080 |
| Property Address | 2020 PRAIRIE AVE   UNIT: 502<br>MIAMI BEACH, FL 33139-1515 |
| Owner | CHEUNG L SIU TRS , CHANG Y CHIAO TRS |
| Mailing Address | 7279 SW ASCOT CT<br>PORTLAND, OR 97225 |
| Primary Zone | 0000 |
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE :<br>CONDOMINIUM - RESIDENTIAL |
| Beds / Baths /Half | 2 / 2 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | |
| Living Area | 1,043 Sq.Ft |
| Adjusted Area | 1,043 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 2008 |

### ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $552,450 | $552,450 | $381,000 |
| Assessed Value | $453,338 | $412,126 | $374,660 |

### BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $99,112 | $140,324 | $6,340 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

2024 Aerial Photography  3 mi

### TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $453,338 | $412,126 | $374,660 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $552,450 | $552,450 | $381,000 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $453,338 | $412,126 | $374,660 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $453,338 | $412,126 | $374,660 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



# OFFICE OF THE PROPERTY APPRAISER

Detailed Report

Generated On: 01/02/2025

### PROPERTY INFORMATION

| | |
|---|---|
| Folio | 01-4106-013-0870 |
| Property Address | 131 SW 52 CT<br>MIAMI, FL 33134-1131 |
| Owner | AUSTIN PARTRIDGE TRS LE , REM THE AP LIVING TRUST |
| Mailing Address | 10810 NE 12 PL<br>BELLEVUE, WA 98004 |
| Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths /Half | 3 / 1 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 2,131 Sq Ft |
| Living Area | 2,101 Sq Ft |
| Adjusted Area | 1,880 Sq.Ft |
| Lot Size | 6,600 Sq.Ft |
| Year Built | Multiple (See Building Info.) |

2024 Aerial Photography 200 ft

### ASSESSMENT INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $343,471 | $264,000 | $224,598 |
| Building Value | $257,109 | $240,250 | $238,421 |
| Extra Feature Value | $4,400 | $4,250 | $4,481 |
| Market Value | $604,980 | $508,500 | $467,500 |
| Assessed Value | $559,350 | $508,500 | $467,500 |

### BENEFITS INFORMATION

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $45,630 | | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### TAXABLE VALUE INFORMATION

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $559,350 | $508,500 | $467,500 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $604,980 | $508,500 | $467,500 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $559,350 | $508,500 | $467,500 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $559,350 | $508,500 | $467,500 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp