# Exhibit C







IN MIAMI-DADE ALONE, HUNDREDS OF THOUSANDS OF PROPERTIES ARE INCORRECTLY ASSESSED AND THEREFORE, OVERTAXED
# THIS IS WHERE WE STEP IN.

Wherever your property is located we have experience with appealing similar properties in your area.
With 5,000 - 8,000 petitions a year, we cover all of Miami-Dade and Broward County.



## PROPERTY TAX SAVERS OF MIAMI FREES INDIVIDUALS AND COMPANIES FROM THE STRAIN OF BEING OVERTAXED

We believe that every property owner should be able to get the best representation possible, to reduce the inequity of the County's total control on the value set for your property. The County benefits from high valuation, and as such, simply does not act in the best interest of the property owner. The County is like a silent partner in your property - the only difference is when your roof is leaking or the plumbing is broken, they do not show up to help fix the problem. This is why we work tirelessly to fight for an improved valuation of your property.

Founded in 1989 and based in Coral Gables, Florida, Tax Savers of Miami is a trusted service with a long track-record of saving property owners money. Property tax appeal is the only thing our company does and we have been doing it successfully for the past 30 years, with an incredible record of client retention.



Our passion for reinventing and mastering the appeal process provides us with strategic advantages that are unmatched. Our extensive knowledge and experience with properties in Miami-Dade and Broward Counties enables us to create an educated, personalized approach for each of our clients. This is not only our area of expertise, but what our foundation was built upon – creating value through expertise and offering relief to our clients, and doing so with a no risk approach. What this means is – if we do not save you money, we do not get paid. This ensures that all property owners, regardless of the size or type of property, have a chance of a fair valuation.

## MEET THE TEAM



**Larry Puyanic**
President &
Property Tax Expert

**Maria Cruell**
Chief Operating
Officer

**Tycho Biersteker**
Associate

**Natalie Beaton**
Office Manager

**Elsa Morales**
Coordinator

**Oniria Correa**
Coordinator